Crabtree et al. *v.* Amer. Elec. Heater Co., Appellant.

Argued October 17, 1929.

Before PORTER, P. J.,
TREXLER, KELLER, LINN, GAWTHROP, CUNNINGHAM and
BALDRIGE, JJ.

*James H. Young,* for appellant.

*George T. Steeley,* and with him *William A. Carr*
and *Sidney L. Krauss,* for appellee.

OPINION BY TREXLER, J., January 29, 1930:

This is an action of assumpsit for goods sold to the
defendant. The defendant alleged in its affidavit that
the goods for which suit was brought were returned to
the plaintiffs as soon as received. At the trial, the
plaintiff offered in evidence the testimony of his book-
keeper to the effect that she had received the orders

from the defendant, that she had received shipping slips showing the delivery of these three shipments by the plaintiff, that she had mailed bills and statements to the defendants and that no goods were returned and no credits received. She testified to the books of original entry, showing the charges made against the defendant. All this was received without any objection on the part of the defendant. Having thus acquiesced in the admission of the oral testimony and of the books, it is now too late to raise any question as to their competency. The defendant merely asked for binding instructions and attempted no contradiction of the above testimony. There was sufficient testimony, if believed, to support the verdict. The defendant is not in a position to question the result.

The judgment is affirmed.